IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMADO PUJOLS-SANCHEZ,<br>**Plaintiff** | : <br> : <br> : | CIVIL ACTION |
| vs. | : <br> : | NO. 14-3734 |
| WEXXAR PACKAGING, INC.<br>d/b/a IPAK MACHINERY,<br>A DIVISION OF WEXXAR<br>PACKAGING, INC., et al.,<br>**Defendants** | : <br> : <br> : <br> : <br> : | |

FILED
AUG 14 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW,** this 14th day of August, 2014, upon consideration of the plaintiff's motion to remand (Document #5), the defendant's response thereto (Document #10), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.